David Stanley,
1505803 Neal unit
9055 spur 591
Amarillo, TX, 79107

79,299-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx, 78211

March 22, 2015

Re: Tr. ct. No. 19,1978 — WR-79,299-02

Mr. Acosta!

I recieved your notice that the Court denied my "Motion for the Court of Criminal Appeals to Grant Applicant's Prayer for relief as requested in his Pending Application for Writ..." with your post card dated March 6, 2015. Would you please send me a copy of the Court's Order and inform me as to my rights of Appeal in this matter. I am told I am entitled to Appeal this denial of my Motion but no one seems able to Tell me to whom I proceed to with an Appeal.

Please accept this as my notice of my intent to Appeal this Order and, as my request for an extention of the Time to perfect my Appeal and its Submission.

Thank you
David Stanley

cc: Ref.